United States District Court
Southern District of Texas
**ENTERED**
December 22, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **MIGUEL ANGEL HERRERA GONZALEZ,** § | | |
| § | | |
| *Plaintiff*, § | | |
| § | | |
| v. § | | |
| § | **CIVIL ACTION NO. 7:21-cv-00430** | |
| **COMMUNITY LOAN SERVICING, LLC,** § | | |
| **AND SUBSTITUTE TRUSTEE, CONNIE** § | | |
| **COBB** § | | |
| § | | |
| *Defendants.* § | | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The Court, having considered the Joint Motion to Dismiss with Prejudice (the "Joint Motion") filed by Plaintiff Miguel Angel Herrera Gonzalez ("Plaintiff") and Defendant Community Loan Servicing, LLC ("Defendant"), finds that the Joint Motion should be, and hereby is, in all things, **GRANTED**. It is therefore

**ORDERED**, **ADJUDGED**, **AND DECREED** that all claims Plaintiff asserted, or could have asserted, against all defendants in this lawsuit are hereby **DISMISSED WITH PREJUDICE**.

SO ORDERED December 22, 2021, at McAllen, Texas.

*[signature: Randy Crane]*
Randy Crane
United States District Judge

Agreed as to substance and form,

*/s/ Juan Angel Guerra*
**Juan Angel Guerra**
  State Bar No. 08581320
  Juanangelguerra1983@gmail.com
1407 N. Stuart Place Road, Suite B
Harlingen, Texas 78552
T: (956)-428-1600
F: 713-682-8866

**ATTORNEYS FOR PLAINTIFF**

 /s/ *Elizabeth Hayes*
**Marc D. Cabrera**
  State Bar No. 24069453
  Southern Bar No. 1093318
  mcabrera@polsinelli.com
**Elizabeth Hayes**
  State Bar No. 24069001
  Southern Bar No. 2964103
  ehayes@polsinelli.com
**POLSINELLI PC**
2950 N. Harwood, Suite 2100
Dallas, Texas 75201
Telephone: (214) 397-0030
Facsimile:  (214) 397-0033

**ATTORNEYS FOR DEFENDANT**